Submitted June 13, 1966. *Augustus Young,* appellant, in propria persona; *Stanley M. Shingles* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Young, Appellant.

Argued June 14, 1966. *Mervyn R. Turk,* First Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, *Paul R. Sand,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Younger, Appellant.

Argued June 14, 1966. *Charles F. Love,* with him *Freedman, Borowsky and Lorry,* for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *John A. McMenamin,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS and HOFFMAN, JJ., absent.